IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DALE BECK,

    Petitioner,                                     No. CIV S-08-0584 LKK EFB P

    vs.

WARDEN, AVENAL STATE PRISON, et al.,

    Respondents.                                 ORDER TO SHOW CAUSE

_____/

       Petitioner is a prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 27, 2008, respondents filed a motion to dismiss and noticed the motion for hearing at 10:00 a.m. on August 20, 2008. Nearly one and a half months have passed, and petitioner has not filed an opposition or a statement of no opposition. Once a party files a motion, the rules of this court require the opposing party to file either an opposition or a statement of no opposition to the granting of the motion not less than 14 or 17 days before the hearing date, depending on whether service of the response is personal, by mail or electronic. Local Rule 78-230(c). "No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." *Id.* Furthermore, the court may impose sanctions for a party's failure to file an opposition or statement of no opposition. *See* Local Rule 11-110.

Accordingly, it is hereby ORDERED that:

1. Petitioner shall show cause, in writing, within ten days from the date of service of this order why sanction should not be imposed for failure to timely file an opposition or statement of no opposition to respondents' motion. *See* Local Rule 11-110.

2. Petitioner shall also file within ten days either an opposition or a statement of no opposition to respondents' motion.

3. The August 20, 2008, hearing date on respondent's motion to dismiss is vacated.

DATED: August 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2