IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DALE BECK,

      Petitioner,                 No. CIV S-08-0584 LKK EFB P

     vs.

WARDEN, AVENAL STATE PRISON,

      Respondent.             ORDER

/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to reply to the opposition to his motion to dismiss. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that respondent's August 29, 2008, request is granted and respondent has 20 days from the date this order is served to file and serve a reply.

Dated: September 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE