IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DALE BECK,

      Petitioner,               No. CIV S-08-0584 LKK EFB P

    vs.

WARDEN, AVENAL STATE PRISON,

      Respondents.         ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to reply to petitioner's objections to the November 25, 2008, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondent's December 24, 2008, request is granted and respondent has 20 days from the date this order is served to reply to petitioner's objections to the November 25, 2008, findings and recommendations.

Dated: December 31, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE